**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Robert Barnard v. National Health Finance DM, LLC

Appellate case number:   01-19-00730-CV

Trial court case number:  2019-17114

Trial court:                    151st District Court of Harris County

      Appellant's motion for extension of time to file his notice of appeal is **granted**. Appellant's notice of appeal is due September 24, 2019.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually

Date: _October 22, 2019_____